UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 23-10245-IT |
| | ) |
| MICHAEL WASELCHUCK, | ) |
| Defendant. | ) |

## MOTION FOR RULE 11 HEARING

Defendant, MICHAEL WASLECHUCK, hereby moves that the Court schedule a Rule 11 Hearing in this matter, on a date convenient to the Court and on which the parties are available on or after Wednesday, December 27, 2023.

The Defendant assents to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

MICHAEL WASLECHUCK,
By his attorney,

/s/Ian Gold

Ian Gold (BBO #665948)
185 Devonshire Street, Suite 302
Boston, MA 02110
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com

December 22, 2023

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, Dec. 22, 2023.

<u>/s/ Ian Gold</u>